No. 677. DOVER v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *W. H. Strickland* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *T. W. Bruton,* Assistant Attorney General, for respondent.

No. 678. STINNETT v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *W. H. Strickland* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *T. W. Bruton,* Assistant Attorney General, for respondent.

No. 197. MARSHALL v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Osmond K. Fraenkel* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States. Briefs of *amici curiae* supporting petitioner were filed by *Robert J. Silberstein* and *Benedict Wolf* for the National Lawyers Guild; *Nathan Witt* for the Civil Rights Congress; *Thomas R. Jones* for the Council on African Affairs, Inc.; *William L. Standard* for the Congress of American Women; *Victor Rabinowitz, Nathan Witt* and *Leonard B. Boudin* for the American Communications Association (CIO) et al.; *Leo J. Linder* for the Methodist Federation for Social Action; *Lester M. Levin* for the National Council of the Arts, Sciences and Professions; and *John J. Abt* for the Progressive Party of America et al.

No. 620. LOUCOPANTIS ET AL. v. THE OLYMPOS ET AL. C. A. 4th Cir. Certiorari denied. *J. L. Morewitz* for petitioners. *Barron F. Black* and *Hugh S. Meredith* for respondents.